# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STEPHEN KELLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KATHLEEN ALISON, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01707-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT CERTAIN CLAIMS AND DEFENDANTS BE DISMISSED<br><br>(ECF NOS. 1 & 9)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS<br><br>ORDER DIRECTING CLERK TO ASSIGN DISTRICT JUDGE |

　　　　Paul Keller ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff filed the complaint commencing this action on December 1, 2021. (ECF No. 1). The Court screened Plaintiff's complaint. (ECF No. 9). The Court found that only the following claim should proceed past the screening stage: Plaintiff's Eighth Amendment conditions of confinement claim against defendants Doe 1, Degough, and Doe 2. (Id.).

　　　　The Court gave Plaintiff thirty days to either: "a. File a First Amended Complaint that is **no longer than twenty-five pages**; b. Notify the Court in writing that he does not want to file an amended complaint and instead wants to proceed only on his Eighth Amendment conditions of confinement claim against defendants Doe 1, Degough, and Doe 2; or c. Notify the Court in writing that he wants to stand on his complaint." (Id. at 20). On January 27, 2022, Plaintiff

notified the Court that he wants to proceed only on his Eighth Amendment conditions of confinement claim against defendants Doe 1, Degough, and Doe 2. (ECF No. 13).

Accordingly, for the reasons set forth in the Court's screening order that was entered on January 7, 2022 (ECF No. 9), and because Plaintiff has notified the Court that he wants to proceed only on his Eighth Amendment conditions of confinement claim against defendants Doe 1, Degough, and Doe 2 (ECF No. 13), it is HEREBY RECOMMENDED that all claims and defendants be dismissed, except for Plaintiff's Eighth Amendment conditions of confinement claim against defendants Doe 1, Degough, and Doe 2.

These findings and recommendations will be submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

Additionally, IT IS ORDERED that the Clerk of Court is directed to assign a district judge to this case.

IT IS SO ORDERED.

Dated: **January 28, 2022**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE