|  |  |
|---|---|
| PAUL STEPHEN KELLER,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT DEGOUGH, et al.,<br><br>Defendants. | Case No. 1:21-cv-01707-JLT-EPG (PC)<br><br>ORDER SUBSTITUTING H. SHIRLEY AND J. CRONJAGER IN PLACE OF DOE DEFENDANTS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Paul Keller ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. This case is currently proceeding on Plaintiff's Eighth Amendment conditions of confinement claim against defendants Doe 1, DeGough, and Doe 2 based on allegations that the water at Wasco State Prison is contaminated, and that Defendants have not appropriately responded to the issue. (ECF Nos. 9, 16, & 20).

In this case, the Court authorized service on the Doe defendants because "Plaintiff provided specific and unique titles for the Doe defendants, as well as relevant dates on which they held those titles." (ECF No. 16, p.1 n.1). The Doe defendants have now been identified. Doe 1 is H. Shirley and Doe 2 is J. Cronjager. Both H. Shirley and J. Cronjager have waived service of process. (ECF No. 22). Their responsive pleading is due on or before June 17, 2022. (ECF No. 29).

1

Accordingly, IT IS HEREBY ORDERED that:

1. H. Shirley is substituted into this action in place of Doe 1.  References to Doe 1 will be treated as if they referred to H. Shirley.
2. J. Cronjager is substituted into this action in place of Doe 2.  References to Doe 2 will be treated as if they referred to J. Cronjager.
3. The Clerk of Court is directed to terminate defendants Doe 1 and Doe 2 on the Court's docket.

IT IS SO ORDERED.

Dated:  **May 9, 2022**                         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE