1

2

3

4

5

6

7                                  UNITED STATES DISTRICT COURT

8                                  EASTERN DISTRICT OF CALIFORNIA

9

10

PAUL STEPHEN KELLER,                          Case No. 1:21-cv-01707-JLT-EPG (PC)

11
                                              ORDER RE: PLAINTIFF'S OPPOSITION
                                 Plaintiff,    TO DEFENDANTS' MOTION TO
12                                             CHANGE TIME TO FILE RESPONSE TO
                 v.                            COMPLAINT
13

14   SCOTT DEGOUGH, et al.,
                                              (ECF Nos. 28, 29, & 33)
15                               Defendants.

16

17          Paul Keller ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this

18   civil rights action pursuant to 42 U.S.C. § 1983.  On April 14, 2022, Defendants filed a motion

19   for an extension of time to file their responsive pleading.  (ECF No. 28).  On April 15, 2022, the

20   Court granted Defendants' motion.  (ECF No. 29).  On May 11, 2022, Plaintiff filed an

21   opposition to Defendants' motion.  (ECF No. 33).

22          The Court has reviewed Plaintiff's opposition, and it does not change the result.  Plaintiff

23   argues that defense counsel already had ample time to conduct an investigation because the action

24   was filed on December 1, 2021, thus giving Defendants and defense counsel over four months to

25   investigate and prepare a responsive pleading.  Plaintiff also argues that, pursuant to the Court's

26   E-Service order, Defendants were already given sixty days to file their responsive pleading.

27   Accordingly, Plaintiff argues that Defendants and defense counsel already had ample time to

28   prepare their responsive pleading.  Plaintiff also argues that defense counsel did not submit

1   evidence that he has been diligent in preparing a responsive pleading.  Finally, Plaintiff argues

2   that Defendants should have filed their motion for an extension of time earlier.

3          To begin, Plaintiff's arguments regarding how much time Defendants already had to

4   prepare a responsive pleading are incorrect.  While Plaintiff's case was filed on December 1,

5   2021, the Court did not authorize service on Defendants until January 28, 2022.  (ECF No. 16).

6   Moreover, in authorizing service, the Court sent the service documents to the California

7   Department of Corrections and Rehabilitation ("CDCR"), so that CDCR could determine whether

8   Defendants would be waiving service of process.  (ECF No. 16, p. 2).  The documents were not

9   sent to Defendants or defense counsel.  (Id.).  It appears that the Office of the Attorney General

10  was first noticed of the case on February 15, 2022, which is when the CDCR filed its notice of

11  intent to waive service.  (Id.; ECF No. 21).  Thus, Plaintiff is incorrect regarding how much time

12  Defendants and defense counsel already had to prepare the responsive pleading.

13         Plaintiff is also incorrect that defense counsel did not submit evidence that he has been

14  diligent in preparing the responsive pleading.  Defense counsel submitted a declaration, signed

15  under penalty of perjury, that explains that defense counsel has been working on this case but

16  needs additional time to prepare the responsive pleading.  (ECF No. 28-2, p. 2).

17         Finally, even if Defendants should have filed their motion for an extension of time earlier,

18  their motion was filed several days before their deadline to file a responsive pleading, and the

19  Court will not deny the motion solely on this basis.

20         Accordingly, even considering Plaintiff's opposition, Defendants' motion for an extension

21  of time should be granted.  Defendants have until June 17, 2022, to file their responsive pleading.

22  IT IS SO ORDERED.

23     Dated:   **May 12, 2022**                              /s/ Erica P. Grosjean

24                                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28