UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STEPHEN KELLER,<br><br>            Plaintiff,<br><br>      v.<br><br>SCOTT DEGOUGH, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01707-JLT-EPG (PC)<br><br>ORDER DIRECTING DEFENDANTS TO RE-SERVE MOTION FOR SUMMARY JUDGMENT AND MOTION TO STAY ON PLAINTIFF (ECF Nos. 39 & 40)<br><br>ORDER DIRECTING CLERK TO RE-SERVE SCHEDULING ORDER AND ORDER REQUIRING PARTIES TO EXCHANGE DOCUMENTS ON PLAINTIFF (ECF Nos. 37 & 38). |

Paul Keller ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

On June 6, 2022, the Court issued a scheduling order and an order requiring the parties to exchange documents. (ECF Nos. 37 & 38). On June 15, 2022, Defendants filed a motion for summary judgment, and on June 16, 2022, Defendants filed a motion to stay. (ECF Nos. 39 & 40). On June 17, 2022, Plaintiff filed a notice of change of address, which is dated June 13, 2022. (ECF No. 41).

As Plaintiff was recently transferred to a different institution of confinement, IT IS HEREBY ORDERED that:

   1. Within seven days from the date of service of this order, Defendants shall re-serve

1

their motion for summary judgment (ECF No. 39) and motion to stay (ECF No. 40) on Plaintiff; and

2. The Clerk of Court is directed to re-serve the scheduling order (ECF No. 37) and the order requiring parties to exchange documents (ECF No. 38) on Plaintiff.

IT IS SO ORDERED.

Dated:  **June 21, 2022**              /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2